IN THE

# United States Court of Appeals for the Fifth Circuit

DARRYL GEORGE,
*Plaintiff-Appellant*,

v.

BARBERS HILL INDEPENDENT SCHOOL DISTRICT;
GREG POOLE; LANCE MURPHY; AND RYAN RODRIGUEZ,
*Defendants-Appellees*.

**On Appeal from the United States District Court for the Southern District of Texas**

## MOTION TO WITHDRAW KYLE STONE AS COUNSEL OF RECORD FOR APPELLEES

TO THE HONORABLE FIFTH CIRCUIT COURT OF APPEALS:

Barbers Hill Independent School District, Greg Poole, Lance Murphy, and Ryan Rodriguez (Appellees) file this Motion to Withdraw Kyle Stone as counsel of record. Appellees respectfully move the Court to withdraw Mr. Stone as counsel of record as he is no longer with the Law

Firm of Rogers, Morris & Grover, L.L.P. The withdrawal of Mr. Stone will not be cause for delay. Appellees will continue to be represented by Jonathan G. Brush as lead counsel, Amy Demmler, and Richard A. Morris of the Law Firm of Rogers, Morris & Grover, L.L.P. Mr. Stone has consented to his withdrawal.

Appellees respectfully request that the Court grant this motion to withdraw, enter an Order withdrawing Mr. Stone as counsel of record, and direct the Clerk of the Court to remove Kyle Stone (kstone@rmgllp.com) from the Court's electronic case notification.

Respectfully submitted,

ROGERS, MORRIS & GROVER, L.L.P.

/s/ Jonathan Griffin Brush

______________________________________

JONATHAN GRIFFIN BRUSH
State Bar No. 24045576
jbrush@rmgllp.com
AMY DEMMLER
State Bar No. 24092337
ademmler@rmgllp.com
RICHARD MORRIS
State Bar No. 14497750
rmorris@rmgllp.com
5718 Westheimer Road, Suite 1200
Houston, Texas 77057
Telephone: (713) 960-6000
Facsimile: (713) 960-6025

*Attorneys for the District Parties*

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 17, 2026, counsel for Appellees conferred in good faith with Appellants' counsel of record concerning the contents of this Motion and the relief requested therein. Appellants' counsel indicated that Appellants are not opposed to the relief requested.

/s/ Jonathan Griffin Brush

__________________________

Jonathan Griffin Brush
*Attorney for the District Parties*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

I further certify that (1) the required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

I further certify that I will mail the correct number of paper copies of the foregoing document to the Clerk of the Court when requested.

/s/ Jonathan Griffin Brush
___________________________
Jonathan Griffin Brush
*Attorney for the District Parties*

## CERTIFICATE OF COMPLIANCE

Pursuant to FED. R. APP. P. 27 and Local Rule 27.4, the undersigned certifies that this Motion complies with the limitations of Fed. R. App. P. 27 and contains **146 words** excluding Appellee's Certificates of Conference, Service, and Compliance, prepared in proportionally spaced typeface using Microsoft Office Word 2026 in 14 point Century font in text and 12 point Century font in footnotes.

The undersigned understands a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5th Cir. R. 27 may result in the Court's striking the Motion and imposing sanctions against the person signing the Motion.

/s/ Jonathan Griffin Brush
____________________________
Jonathan Griffin Brush
*Attorney for the District Parties*